## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 50024 - 2 | **DATE** | 8/13/2004 |
| **CASE TITLE** | USA vs. Trusty | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum, Opinion, & Order, Bobby Trusty's petition for attorney of record replaced is denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | AUG 16 2004 | |
| | Notices mailed by judge's staff. | | date docketed | |
| | Notified counsel by telephone. | | | 91 |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | AUG 16 2004 | |
| smw | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

Minute Order Form (06/97)

MEMORANDUM, OPINION, & **ORDER**

Bobby N. Trusty, a federal prisoner, has filed a "petition for attorney of record replaced" in which he represents he is unable to correspond with his counsel in his long completed criminal case in this court. He desires that a new attorney be appointed to represent him regarding the alleged lack of medical treatment in the Bureau of Prisons. Any potential lawsuit in this regard would be in a new civil action, and his appointed attorney in his criminal case is not under any obligation to continue his representation for that purpose. This court denies the motion to appoint new counsel. Any potential action against the Bureau of Prisons most appropriately lies in the jurisdiction of the federal court where Trusty is confined, and he may request counsel once any suit is filed.